UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AL MOSHIR,<br><br>                              Plaintiff,<br><br>-against-<br><br>IN THE INTERNATIONAL COURT'S MATTER OF THE BOTH TWO ABOVE STATED OF EACH ENTITIES OF THE KNOWN,<br><br>                              Defendants. | 24-CV-1143 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the February 21, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   February 21, 2024
            New York, New York

                                                      /s/ Laura Taylor Swain
                                                      LAURA TAYLOR SWAIN
                                                Chief United States District Judge